UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: RECUSAL OF UNITED
STATES MAGISTRATE JUDGE      Case No.: 8:24-mc-13-NHA
NATALIE HIRT ADAMS

_____/

**STANDING ORDER OF RECUSAL**

A judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned. 28 U.S.C. § 455(a). I was a partner at Foley & Lardner LLP from October 2022 to October 2023. Given the recency of my association with the law firm, I find that section 455(a) requires my recusal from all cases filed on or before October 31, 2025, in which Foley & Lardner LLP is a party or represents a party.

**ORDERED** on June 26, 2024.

_____
NATALIE HIRT ADAMS
United States Magistrate Judge